# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK K MUBIRU,<br><br>  Plaintiffs,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.,<br><br>  Defendant. | Case No. 1:23-cv-01597-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT ON SERVICE<br><br>(ECF No. 3)<br><br>**TEN DAY DEADLINE** |

Plaintiff, proceeding *pro se* and paying the filing fee, initiated this action on November 13, 2023 against Defendant Wells Fargo Bank, N.A. (ECF No. 1.) Plaintiff has not filed any proof of service and no Defendant has filed a responsive pleading. The mandatory scheduling conference is currently set for March 26, 2024. (ECF No. 3.)

Rule 4(m) provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). "But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Id. The order setting the scheduling conference in this matter additionally provides that: "plaintiff shall diligently pursue service of the summons and complaint and dismiss those defendants against whom the plaintiff will not pursue claims…[and] plaintiff shall promptly file proofs of service of the summons and complaint so the

Court has a record of service." (ECF No. 3 at 1.)  "Failure to timely serve the summons and complaint may result in the imposition of sanctions, including dismissal of unserved defendants." (Id. at 2.)

Accordingly, IT IS HEREBY ORDERED that **within ten days of entry of this order**, Plaintiff shall file a notice regarding the status of service on Defendant Wells Fargo Bank, N.A., in relation to the parties' readiness for the March 26, 2024 scheduling conference, including whether service has been completed or whether entry of default is proper.  Plaintiff is advised that failure to comply with this order may result in the issuance of sanctions, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated:   **February 20, 2024**

UNITED STATES MAGISTRATE JUDGE