# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK K MUBIRU,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　Defendant. | Case No.  1:23-cv-01597-SAB<br><br>ORDER REQUIRING DEFENDANT TO SERVE PLAINTIFF AT HIS PROPER ADDRESS OF RECORD AND FILE A PROOF OF SERVICE<br><br>(ECF Nos. 13, 14)<br><br>**MARCH 21, 2024 DEADLINE** |

On March 18, 2024, the Court ordered that Defendant serve a copy of its answer and notice of interested parties on Plaintiff at his correct address of record and provide the Court with a declaration indicating proof of service no later than March 21, 2024. (ECF No. 13 at 3.) On March 19, 2024, Defendant filed a proof of service that indicates it sent the documents to the same incorrect address. (ECF No. 14 at 2.) Defendant's compliance with the Court's March 18, 2024 order therefore remains outstanding.

As previously ordered, Defendant shall serve Plaintiff at his correct address of record—**305 *Dartmouth* Avenue, Coalinga, CA 93210**— and shall provide the Court with proof of service **no later than March 21, 2024**.

IT IS SO ORDERED.

Dated:  **March 20, 2024**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1