**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK K MUBIRU,<br><br>   Plaintiff,<br><br>   v.<br><br>WELLS FARGO BANK, N.A.,<br><br>   Defendant. | Case No.  1:23-cv-01597-SAB<br><br>ORDER DENYING PLAINTIFF'S MOTION TO STRIKE WITHOUT PREJUDICE<br><br>(ECF No. 21) |

   Plaintiff Frank K. Mubiru, proceeding *pro se* and having paid the filing fee, filed this action on November 13, 2023, against Defendant Wells Fargo Bank, N.A.  (ECF No. 1.)  On February 27, 2024, Defendant filed its answer.[1]  (ECF No. 8.)

   On March 29, 2024, Plaintiff filed a motion to strike each of Defendant's ten affirmative defenses.  (ECF No. 21.)  Without addressing the substance of the motion, the Court finds the motion to be procedurally improper for failure to file proof of service on Defendant.  See L.R. 135(c) ("Except for ex parte matters, a paper document shall not be submitted for filing unless it is accompanied by a proof of service. Proof of service shall be under penalty of perjury and shall include the date, manner and place of service.").  Plaintiff may re-file the motion

---

[1] On March 18, 2024, the Court noted Defendant made a clerical error in Defendant's mailing address and ordered Defendant promptly re-serve its answer no later than March 21, 2024.  (ECF Nos. 13, 15.)  On March 20, 2024, Defendant timely filed proof of service of its answer on Plaintiff's correct address.  (ECF No. 17.)

accompanied by a proof of service that comports with the Federal Rules of Procedure and Local Rules.

Accordingly, IT IS HEREBY ORDERED, Plaintiff's motion to strike (ECF No. 21), filed March 29, 2024, is HEREBY DENIED without prejudice.

IT IS SO ORDERED.

Dated: **April 3, 2024**

UNITED STATES MAGISTRATE JUDGE