UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK K MUBIRU,<br><br>       Plaintiff,<br><br>   v.<br><br>WELLS FARGO BANK, N.A.,<br><br>       Defendant. | Case No.  1:23-cv-01597-SAB<br><br>ORDER SETTING IN PERSON<br>SETTLEMENT CONFERENCE AND<br>SETTLEMENT INSTRUCTIONS<br><br>Date:      **May 30, 2024**<br>Time:     **9:30 AM**<br>Courtroom:  Courtroom 8 (BAM) |

This case is SET for in person Settlement Conference on **May 30, 2024, at 9:30 AM in Courtroom 8 (BAM)** before the undersigned.   The <u>attorneys who will try the case</u> along with the parties and the person or persons <u>having full authority</u> to negotiate and settle the case, on any terms, shall appear **in person** at the conference.

Counsel for the parties shall contact Courtroom Deputy Esther Valdez at (559) 499-5788 or evaldez@caed.uscourts.gov for the video and dial-in information for all parties.

 No later than **seven (7) days** prior to the settlement conference, each party shall submit directly to Judge McAuliffe's chambers at bamorders@caed.uscourts.gov, a confidential settlement conference statement.  This statement should neither be filed with the clerk of the Court nor served on any other party.  Each statement shall be clearly marked "CONFIDENTIAL" with the date and time of the mandatory settlement conference indicated prominently.

///

1    The settlement statement should not be lengthy but shall include a brief recitation of the

2    facts, a discussion of the strengths and weaknesses of the case, an estimate of the cost and time

3    to be expended for further pretrial and trial matters, and the relief sought. The parties are also

4    directed to include a candid statement on the party's position on settlement, including the

5    amount which the party will accept to settle, realistic settlement expectations, present

6    settlement proposals, and a history of past settlement discussions, offers, demands, and a report

7    on settlement efforts to date.

8    This Court will vacate the settlement conference if the Court finds the settlement

9    conference will be neither productive nor meaningful to attempt to resolve all or part of this

10   case. As far in advance of the settlement conference as possible, a party shall inform the Court

11   and other parties that it believes the case is not in a settlement posture so the Court may vacate

12   or reset the settlement conference. Otherwise, the parties shall proceed with the settlement

13   conference in good faith to attempt to resolve all or part of the case.

14

15   IT IS SO ORDERED.

16   Dated:   **April 30, 2024**                    /s/ *Barbara A. McAuliffe*

17                                          UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28