# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK K. MUBIRU,<br><br>        Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.,<br><br>        Defendant. | Case No. 1:23-cv-01597-SAB<br><br>ORDER RE STIPULATION FOR INDEPENDENT MEDICAL EXAMINATION OF PLAINTIFF<br><br>(ECF No. 32) |

On August 9, 2024, the parties filed a stipulation for Frank K. Mibiru ("Plaintiff") to undergo a remote mental examination pursuant to Rule 35 of the Federal Rules of Civil Procedure on August 21, 2024.[1]  Rule 35 provides that "[t]he court where the action is pending may order a party whose mental or physical condition--including blood group--is in controversy to submit to a physical or mental examination by a suitably licensed or certified examiner." Fed. R. Civ. P. 35(a)(1).

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Frank K. Mubiru shall appear for a remote mental examination by Zoom by Dr. J. Vincent Filoteo on August 21, 2024, at 9:00 a.m.

IT IS SO ORDERED.

Dated: __**August 12, 2024**__

UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that the stipulation states the examination is to be conducted on August 21, 2010, however finds this to be a typographical error.  The motion was filed on August 9, 2024, and discovery in this matter closes on August 31, 2024.

1