**FILED**
Feb 07, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK K. MUBIRU,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　Defendant. | Case No. 1:23-cv-01597-SAB<br><br>ORDER GRANTING WELLS FARGO BANK, N.A.'S REQUEST TO SEAL<br><br>Action Filed:　November 13, 2023 |

　　　Plaintiff Frank K. Mubiru ("plaintiff") filed this action asserting claims of negligence against defendant Wells Fargo Bank, N.A. ("defendant"). Doc. 1. On January 7, 2025, defendant filed a request to seal various documents containing confidential information about plaintiff's medical history, conditions, and treatment. Doc. 35; *see Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1182 (9th Cir. 2006) (finding that sensitive personal information met the compelling reasons standard for sealing). The Court found the request to seal did not comply with Local Rule 141(b) and directed defendant to serve plaintiff with the proposed documents to be sealed including redacted versions to be filed on the public docket, and to also provide the same documents to the Court. Doc. 38. The order specified that plaintiff's objections, if any, were to be filed by January 21, 2025. *Id.* The order additionally *sua sponte* extended the dispositive motion deadline to three (3) days after the Court's ruling on the sealing request. *Id.* Defendant complied with the Court's order as directed and plaintiff did not file any objections. *See* docket.

///
///
///
///

07685.3167/16931657.1

ORDER GRANTING WELLS FARGO BANK, N.A.'S NOTICE OF REQUEST TO SEAL DOCUMENTS

After reviewing the proposed documents to be sealed and the redacted versions to be filed on the public docket, the Court ORDERS as follows:

1. Defendant's request to seal (Doc. 35) is GRANTED. The unredacted versions of the Points and Authorities in support of the Motion for Summary Judgment; the Statement of Uncontroverted Facts; Exhibit A to the Declaration of Abinaya Prabakar; and the Declaration of Dr. Vincent J. Filoteo and the exhibit attached thereto shall be filed under seal.
2. Defendant shall file on the public docket the proposed redacted versions of the Points and Authorities in support of the Motion for Summary Judgment; the Statement of Uncontroverted Facts; Exhibit A to the Declaration of Abinaya Prabakar; and the Declaration of Dr. Vincent J. Filoteo;
3. Pursuant to Local Rule 133(j), before or upon the filing of a document making reference to a deposition, counsel relying on the deposition shall ensure that a courtesy hard copy of the entire deposition so relied on has been submitted to Chambers; and
4. The dispositive motion filing deadline is extended to three (3) court days from the date of entry of this order.

IT IS SO ORDERED.

Dated:   February 7, 2025

_____
UNITED STATES DISTRICT JUDGE