UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK K. MUBIRU,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | Case No. 1:23-cv-01597-KES-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Docs. 46, 60) |

On November 13, 2023, plaintiff Frank K. Mubiru, appearing pro se, initiated this action against defendant Wells Fargo Bank, N.A., alleging that Wells Fargo erroneously identified plaintiff, a Wells Fargo depositor, as deceased on his personal checking account and negligently caused him damages in the way it informed him of that issue. Doc. 1. On February 11, 2025, defendant filed a motion for summary judgment. Doc. 46. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 6, 2025, the assigned magistrate judge issued findings and recommendations recommending that defendant's motion for summary judgment be granted. Doc. 60. The findings and recommendations were served on the parties and contained notice that any objections were due within 21 days. Doc. 60 at 16. The findings and recommendations advised the parties that the failure to file objections within the specified time could result in the waiver of rights on appeal. *Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014). The parties did not file any objections, and the time to do so has passed.

1    In accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of
2 this case. Having carefully reviewed the file, the Court concludes that the findings and
3 recommendations are supported by the record and proper analysis.
4    Accordingly:
5    1.    The findings and recommendations issued on August 6, 2025, Doc. 60, are
6          adopted in full;
7    2.    Defendant's motion for summary judgment, Doc. 46, is granted; and
8    3.    The Clerk of the Court is directed to enter judgment in defendant's favor, to
9          terminate any deadlines, and to close this case.

IT IS SO ORDERED.

   Dated:   September 20, 2025

                                                 _____
                                                 UNITED STATES DISTRICT JUDGE

2